UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CR574 HEA |
| | ) | |
| RICHARD GORDON, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Suppress Statements, [#15]. The Court referred this matter to United States Magistrate Judge Thomas C. Mummert, III for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). A motion hearing was held on December 1, 2005 before Judge Mummert, in which Defendant appeared and was represented by Assistant Federal Public Defender Caterina DiTraglia. Based on the testimony and evidence adduced at the hearing, Judge Mummert filed his Report and Recommendation on December 8, 2005, recommending that Defendant's motion be denied. Defendant filed objections to the Report and Recommendation, but withdrew his previously filed objections on January 10, 2006.

After careful consideration, the Court will adopt and sustain the sound reasoning

of Judge Mummert as set forth in the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress, [#15] is denied.

Dated this 17th day of January, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE